Argued and submitted October 29, affirmed November 20, 2002

OUTDOOR MEDIA DIMENSIONS, INC.,
*Petitioner,*

*v.*

DEPARTMENT OF TRANSPORTATION,
*Respondent.*

79817, 85185; A113875 (Control), A114027
(Cases Consolidated)

57 P3d 970

Alan R. Herson argued the cause and filed the briefs for petitioner.

Janet A. Metcalf, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Affirmed. *Outdoor Media Dimensions, Inc. v. DMV (A100658)*, 184 Or App 495, 56 P3d 935 (2002).